IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-49-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| LINDA MCLAURIN BURNEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter is before the court on defendant's motion to suppress statements she made to agents of the North Carolina State Bureau of Investigation during an April 9, 2003 interview. (DE #18.) The government filed a response in opposition, and United States Magistrate Judge Robert B. Jones, Jr. held an evidentiary hearing on October 29, 2008 to develop the record. Through Memorandum and Recommendation ("M&R") filed November 17, 2008, the magistrate judge recommends that defendant's motion be denied. (DE #26.) By order that same day, this court shortened the time for making any objection to the M&R. No objections to the M&R have been filed, and the period within which to make any objection has expired. This matter is ripe for ruling.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendant's motion to suppress is DENIED.

SO ORDERED, this the 8th day of December, 2008.

LOUISE W. FLANAGAN
Chief United States District Judge

2